1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GUILLERMO ALARCON,

      Plaintiff,

vs.

CITY OF LOS ANGELES et al.,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. CV09-04210 CBM (FFMx)

**JUDGMENT**
[JS-6]

Consistent with the jury's verdict (Dkt. No. 273), judgment is entered (1) against Defendants Richard Amio and Evan Samuel, and in favor of Plaintiff Guillermo Alarcon, on Plaintiff's First Cause of Action under 42 U.S.C. § 1983 for arrest without probable cause in violation of the Fourth Amendment, in the amount of $72,000 in damages, and (2) against Plaintiff and in favor of Defendant City of Los Angeles on Plaintiff's Fourth Cause of Action for Municipal Liability.

DATED:  August 11, 2016.

                              Honorable Consuelo B. Marshall
                              United States District Judge